JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: | 2:21-cv-08484-SB-AFM | Date: | 12/17/2021 |
|---|---|---|---|

**Title:** *Portia Mason v. Get Yok'd Nutrition, Inc.*

**Present: The Honorable** STANLEY BLUMENFELD, JR., U.S. District Judge

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s):
N/A | N/A

**Proceedings:** **ORDER OF DISMISSAL**

The parties filed a notice of settlement on December 16, 2021. This action is therefore dismissed in its entirety without prejudice. For 45 days from the date of this order, the Court retains jurisdiction to vacate this order and to reopen the action nunc pro tunc on motion of any party. Any such motion shall include a reasonably detailed declaration of due diligence in attempting to complete the settlement. By operation of this order and without further court action, the dismissal in this case will convert to a dismissal with prejudice on the 46th day, absent a timely motion to vacate and reopen. If the case is reopened, the parties should be prepared for an expedited trial schedule.